UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-01020-ACC-GJK

LEANNE SCHWARZROCK,

    Plaintiff,

vs.

MAINGATE VILLAGE, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through the undersigned counsel, and pursuant to Rule 41 Federal Rules of Civil Procedure, hereby provides this notice of voluntary dismissal of this action.

Dated this 27th day of June, 2020.

Respectfully submitted,

By: /s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.

I FURTHER CERTIFY that on June 27, 2020, we mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Maingate Village, LLC
c/o CT Corporation System
1200 S. Pine Island Rd.
Plantation, FL 33324

By: /s/Todd W. Shulby, Esq
For Todd W. Shulby, P.A.